IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN N. BISBY,

        Plaintiff,            Civil No. 04-269-AA

        v.                       ORDER

BRAD HALVERSON, et al.,

        Defendants.

AIKEN, District Judge.

    Defendants move to dismiss this civil rights action under the "Fugitive Disenfranchisement Doctrine.

    The "fugitive disenfranchisement doctrine" holds that a court may dismiss a pending case when the plaintiff becomes a fugitive from justice. See, Rodriguez v. United States, 507 U.S. 234 (1993).

    Defendants' Exhibit 1 establishes that plaintiff has absconded from parole supervision and is now a fugitive from

1 - ORDER

justice.

Defendants' Motion to Dismiss (# 62) is allowed. This case is dismissed.

IT IS SO ORDERED

DATED this ____ day of September, 2006.

                                                Ann Aiken
                                                United States District Judge

2 - ORDER